IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRADFORD DURAND BOONE,　　　　　　*

　　　　　Plaintiff,　　　　　　　　*

v.　　　　　　　　　　　　　　　　　　Case No. 5:25-cv-00127-MTT-CHW

　　　　　　　　　　　　　　　　　*

COMMISSIONER OF SOCIAL SECURITY,

　　　　　　　　　　　　　　　　　*

　　　　　Defendant.

　　　　　　　　　　　　　　　　　*


**J U D G M E N T**

　　　　Pursuant to this Court's Order dated February 19, 2026, having accepted the recommendation of

the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

　　　　JUDGMENT is hereby entered in favor of Defendant.

　　　This 20th day of February, 2026.


　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　s/ Raven K. Alston, Deputy Clerk